UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2024-0720

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000

Order Filed on January 13, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Saidia Simmons
aka Saidia L. Simmons

Case No.:   24-20250-SLM

Hearing Date: 01/08/2025

Judge:   Honorable Stacey L. Meisel

Chapter:  13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: January 13, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case 24-20250-SLM    Doc 25    Filed 01/13/25    Entered 01/13/25 16:39:49    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Saidia Simmons aka Saidia L. Simmons
Case No.: 24-20250-SLM
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Northpointe Bank, appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Northpointe Bank, is hereby resolved upon the condition that debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by Northpointe Bank, in the amount of $12,121.49 as set forth in Claim #10.

2. Debtor agrees to tender the post-petition mortgage payments directly to National Default Servicing Corporation servicing agent for Northpointe Bank in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.