UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

In Re:

Saida Simmons

Case No.: 24-20250

Judge: Stacey L Meisel

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by ____Marie-Ann Greenberg____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
A payment in the amount of $725 was made on 8/29/25 through TFS. I can make an additional payment of $707.04 on 9/12/25.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/3/2025

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*