Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−20250−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Saidia Simmons
    aka Saidia I. Simmons
    102 Eastern Parkway
    Hillside, NJ 07205

Social Security No.:
    xxx−xx−9766

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/24/25 at 10:00 AM

to consider and act upon the following:

*38* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/9/2025. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) (Greenberg, Marie−Ann)

*40* – Certification in Opposition to (related document:38 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/9/2025. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Nicholas Fitzgerald on behalf of Saidia Simmons. (Fitzgerald, Nicholas)

Dated: 9/4/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court