UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Northpointe Bank

In Re:

Saidia Simmons,

Debtor.

Case No.: 24-20250-SLM

Chapter: 13

Hearing Date: 10/22/2025

Judge: Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Sta re: 102 Eastern Parkway, Hillside, NJ (Docket # 44)

Date: 10/17/2025

/s/ Denise Carlon
Signature

rev.8/1/15