| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>Northpointe Bank | Order Filed on October 23, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Saidia Simmons a/k/a Saidia I. Simmons<br>Debtor | Case No.: 24-20250 SLM<br>Adv. No.:<br>Hearing Date: 10/22/2025 @ 10am<br>Judge: Stacey Meisel |

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 23, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Saidia Simmons a/k/a Saidia I. Simmons
Case No: 24-20250 SLM
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Northpointe Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 102 Eastern Parkway, Hillside, NJ, 07205, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Nicholas Fitzgerald, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 1, 2025, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2025 through October 2025 for a total post-petition default of $11,939.90 (3 @ $2,104.46; 3 @ $2,204.21; less suspense $986.11); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $11,939.90 will be paid by Debtor remitting $1,989.99 per month for five months and $1,989.95 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on November 1, 2025 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2025, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20250-SLM |
| Saidia Simmons | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Saidia Simmons, 102 Eastern Parkway, Hillside, NJ 07205-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Northpointe Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Northpointe Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Nicholas Fitzgerald | on behalf of Debtor Saidia Simmons fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: pdf903 | Total Noticed: 1 |

William M.E. Powers
    on behalf of Creditor Northpointe Bank ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Northpointe Bank ecf@powerskirn.com

TOTAL: 8