Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.:  24−20250−SLM
> Chapter:  13
> Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saidia Simmons
   aka Saidia I. Simmons
   102 Eastern Parkway
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−9766

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/25/25.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 25, 2025
JAN: ntp

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-20250-SLM
Saidia Simmons  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Nov 25, 2025     Form ID: 148     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saidia Simmons, 102 Eastern Parkway, Hillside, NJ 07205-1738 |
| 520425517 | | 1st Crd Srvc/Retro Fitness JC, O W C Suite 410, Woodbridge, NJ 07095 |
| 520597986 | + | Cenlar FSB as Servicer for Northpointe Bank, 425 Phillips Blvd., Ewing NJ 08618, Cenlar FSB as Servicer for Northpointe B, 425 Phillips Blvd. Ewing NJ 08618-1430 |
| 520597985 | + | Cenlar FSB as Servicer for Northpointe Bank, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 520425520 | | Crdtonebnk, Attn: Account Services, Las Vegas, NV 89193 |
| 520425522 | + | Elizabeth Town Gas, 12 West Jersey Street, Elizabeth, NJ 07201-2314 |
| 520425523 | + | Jc Polc Fc, 161 Sterling Ave, Jersey City, NJ 07305-1477 |
| 520425525 | + | Lib Svgs Cu, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 520425526 | + | Lib Svgs Cu, 660 Newark Ave, Jersey, NJ 07306-2379 |
| 520434253 | + | Liberty Savings Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520490807 | + | Northpointe Bank, 5303 28th Street CT SE, Grand Rapids, MI 49546-6744 |
| 520425529 | + | Northpointe Bank, 770 Kenmoor Ave Se Ste 2, Grand Rapids, MI 49546-8621 |
| 520425532 | + | Retro Fitness Jersey City, 701 Route 440, Jersey City, NJ 07304-1069 |
| 520425537 | + | Union County College/UCNJ, 1033 Springfield Avenue, Cranford, NJ 07016-1598 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520425518 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 25 2025 20:59:22 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520425519 | | EDI: CAPITALONE.COM | Nov 26 2025 01:36:00 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520438911 | + | EDI: AIS.COM | Nov 26 2025 01:37:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520425521 | + | EDI: CCS.COM | Nov 26 2025 01:36:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 520425524 | | EDI: JEFFERSONCAP.COM | Nov 26 2025 01:36:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 520485230 | | EDI: JEFFERSONCAP.COM | Nov 26 2025 01:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520425527 | | Email/Text: LibertySOP@cscglobal.com | Nov 25 2025 20:43:00 | Liberty Mutual In Co, PO Box 1604, New York, NY 10116 |
| 520425528 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 20:59:47 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 148 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520430059 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 20:48:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520425531 | ^ | MEBN | Nov 25 2025 20:41:54 | PSE&G, Law Division, 80 Park Plaza T5D, Newark, NJ 07102-4109 |
| 520425530 | ^ | MEBN | Nov 25 2025 20:42:04 | PSE&G, Attn Bankruptcy Department, PO Box 709, Newark, NJ 07101-0709 |
| 520425533 | + | EDI: AISTMBL.COM | Nov 26 2025 01:36:00 | Sprint, PO Box 105243, Atlanta, GA 30348-5243 |
| 520480010 | | Email/Text: bankruptcy@mtabt.org | Nov 25 2025 20:43:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520425534 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 25 2025 20:43:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 520491913 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 25 2025 20:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520425535 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 25 2025 20:43:00 | Toyota Mtr, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 520425536 | + | Email/Text: bankruptcynotices@sba.gov | Nov 25 2025 20:43:00 | U.S. Small Business Administration, 1441 L Street Nw Mail Code 54, Washington, DC 20416-0001 |
| 520464454 | + | Email/Text: bankruptcynotices@sba.gov | Nov 25 2025 20:43:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520444014 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 25 2025 20:48:52 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520425538 | + | Email/Text: bankruptcynotices@vivecard.com | Nov 25 2025 20:43:00 | Vive Financal, 380 W Data Dr Ste 200, Draper, UT 84020-2361 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Liberty Savings Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed**

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 25, 2025 | Form ID: 148 | Total Noticed: 36

**below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Northpointe Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Northpointe Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Nicholas Fitzgerald | on behalf of Debtor Saidia Simmons fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Northpointe Bank ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Northpointe Bank ecf@powerskirn.com |

TOTAL: 8